R. L. JUSTICE v. HUGH J. SLOAN ET AL.

(Filed 24 February, 1932.)

APPEAL by defendant, Jerry Liner, from *Harding, J.,* at September Term, 1931, of HAYWOOD.

Civil action to recover damages for an alleged negligent injury.

The usual issues of negligence, contributory negligence and damages were submitted to the jury, which resulted in a verdict for the plaintiff, and from the judgment entered thereon, the defendant appeals, assigning as error the refusal of the court to nonsuit the case.

*Morgan, Stamey & Ward and Jones & Ward for plaintiff.*
*Johnston & Horner and Alley & Alley for defendant, Jerry Liner.*

PER CURIAM. The only question presented by the appeal is the sufficiency of the evidence to require its submission to the jury. The trial court ruled correctly on the motion to nonsuit. The verdict and judgment will be upheld.

No error.